UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS F. PUCKETT, et al., | ) | |
| | ) | |
|            Plaintiff(s), | ) | Case No. 2:12-cv-01958-GMN-NJK |
| | ) | |
| vs. | ) | ORDER SETTING HEARING ON |
| | ) | MOTION TO WITHDRAW AS |
| NEAL SCHNOG, et al., | ) | ATTORNEY (Docket No. 24) |
| | ) | |
|            Defendant(s). | ) | |

Pending before the Court is Marquis Aurbach Coffing's motion to withdraw as counsel of record for Defendants Neal Schnog and New Day Broadband, LLC. Docket No. 24.[1] The Court hereby schedules a hearing on the pending motion for June 4, 2013 at 1:00 p.m. in Courtroom 3D. Defendant Neal Schnog and a corporate representative of Defendant New Day Broadband, LLC are hereby ORDERED to attend the hearing. Defendants' counsel is ORDERED to notify Defendants of their required attendance and to file a proof of service with the Court no later than May 30, 2013. Any new counsel retained to represent Defendants in this matter is also ordered to attend. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

To the extent Plaintiffs oppose the motion, any response shall be filed no later than May 30, 2013.

//

---

[1] The Court notes that Marquis Aurbach Coffing also represents Defendant Hiram Powell, but has not moved to withdraw as counsel for that Defendant.

With respect to Defendant New Day Broadband, LLC, the Court wishes to highlight that it can only continue litigating this matter with counsel as corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: May 24, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge