# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS F. PUCKETT, et al., | |
|         Plaintiff(s), | Case No. 2:12-cv-01958-GMN-NJK |
| vs. | ORDER SETTING HEARING ON MOTION TO WITHDRAW AS ATTORNEY (Docket No. 32) |
| NEAL SCHNOG, et al., | |
|         Defendant(s). | |

      Pending before the Court is Marquis Aurbach Coffing's motion to withdraw as counsel of record for Defendant Hiram Powell.  Docket No. 32.  The Court hereby schedules a hearing on the pending motion for July 1, 2013 at 2:00 p.m. in Courtroom 3B.  Defendant Hiram Powell is hereby ORDERED to attend the hearing.  Defendant's counsel is ORDERED to notify Defendant Hiram Powell of his required attendance and to file a proof of service with the Court no later than June 27, 2013.  Any new counsel retained to represent Defendant Hiram Powell in this matter is also ordered to attend.  THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

      To the extent Plaintiffs oppose the motion, any response shall be filed no later than June 27, 2013.

      IT IS SO ORDERED.

      DATED: June 21, 2013

                                                  _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge