# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS PUCKETT, et al., | ) |
| Plaintiff(s), | ) Case No. 2:12-cv-01958-GMN-NJK |
| vs. | ) ORDER DISCHARGING |
| NEW DAY BROADBAND, LLC., et al., | ) ORDER TO SHOW CAUSE |
| Defendant(s). | ) |

Pending before the Court is an order for Defendant New Day Broadband ("Defendant") to show cause why it should not be sanctioned for failing to comply with the Court's order that it retain counsel. *See* Docket No. 37. The Court ordered Defendant to respond in writing no later than July 24, 2013. *See id.* Defendant failed to do so. Instead, on July 25, 2013, Defendant's new attorney filed a notice of appearance. *See* Docket No. 38. In light of the fact that Defendant has now retained counsel, the Court hereby DISCHARGES the order to show cause.

However, the Court cautions Defendant and new counsel, Chris Sullivan, that Defendant failed to comply with two Court orders (the order to file a notice of appearance by July 5, 2013, and the order to show cause in writing for the failure to do so by July 24, 2013). Although the Court declines to issue monetary or other sanctions for these shortcomings, Defendant and counsel are advised that future failure to comply with Court orders may result in severe sanctions, including

//

//

1  case-dispositive sanctions. *See, e.g.*, Fed. R. Civ. P. 16(f).  The Court expects strict compliance with
2  Court orders in the future.
3       IT IS SO ORDERED.
4       DATED: August 1, 2013

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge